UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARLOS M. VIGUERA,

                  Plaintiff,                  07 Civ. 7227 (AKH) (AJP)

     -against-                        **NOTICE OF APPEARANCE**

BELLEVUE HOSPITAL CENTER,

                  Defendant.
------------------------------------------------------x

        PLEASE TAKE NOTICE, that plaintiff Carlos M. Viguera appears in this action by his attorney ROOSEVELT SEYMOUR. Please serve all papers in this matter at the address set forth below.

Dated: Brooklyn, New York
        November 21, 2007

/s/
_____
ROOSEVELT SEYMOUR
*Attorney for Plaintiff*
175 Remsen Street, Suite 602
Brooklyn, New York 11201
(718) 802-0055
Bar Code: RT0915

To:   Kami Z. Barker, Esq.
       Michael A. Cardozo, Corporation Counsel
       The City of New York Law Department
       100 Church Street
       New York, New York 10007
       (212) 506-5000