



**Roosevelt T. Seymour**
Attorney at Law
175 REMSEN STREET
SUITE 602
BROOKLYN, NY 11201
(718) 802-0055
FAX (718) 624-7133



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/07

November 28, 2007

*[Handwritten: Conf. adjourned to Jan. 15, 2008, 9:30 a.m. 11/29/07]*
*[Signed] A K Hellerstein*

**By Fax**
Honorable Alvin K. Hellerstein
United States District Court
of the Southern District of New
500 Pearl Street
New York, New York 10007

Re: **Carlos Viguera v. Bellevue Hospital**
    07 7227 (AKH) (AJP)

Dear Judge Hellerstein:

I was recently retained by plaintiff Carlos Viguera to represent him in the above referenced matter. I filed a Notice of Appearance in this matter on November 27, 2007. I am writing to request an adjournment of the initial conference in this matter, which is scheduled for December 14, 2007, because I will be out of the country between December 5, 2007 and January 2, 2008. My travel plans were made before I was retained by Mr. Viguera. Since I am a sole practitioner, no other attorney is available from my office to appear at the December 14, 2007 conference on Mr. Vigurea's behalf.

I have consulted with defendant's counsel Kami Z. Barker with regard to this application, and she has consented to an adjournment of the conference. Ms. Barker and I agreed that both of us will be available attend the an initial conference in this matter at any time in the middle of January 2008 or thereafter.

I thank the Court in advance for its consideration.

Sincerely,
Roosevelt Seymour

cc. Kami Z. Zuker, Esq.