UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARLOS VIGUERA ,

                Plaintiff,

   -against-

BELLEVUE HOSPITAL,

               Defendant.
---------------------------------------------------------x

07 Civ. 7227 (AKH) (AJP)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE,** upon the accompanying declaration of Roosevelt Seymour, dated February 11, 2008, and the exhibits annexed thereto, and all prior pleadings, plaintiff Carlos Viguera will move this Court, before the Honorable Allen K. Hellerstein, at the United States District Court, 500 Pearl Street, Courtroom 14D ,New York, New York, on March 7, 2008, 9:30 a.m. or such date ant time as the Court sets, for an order pursuant to Rule 15(a) and 15(d) of the Federal Rules of Civil Procedure granting plaintiff leave to serve and file an amended and supplemental complaint in this action, together with such other further relief the court deems just and proper.

Dated:  Brooklyn, New York
        February 14, 2008

                                                      _____
                                                      ROOSEVELT SEYMOUR
                                                     *Attorney for Plaintiff*
                                                     175 Remsen Street, Suite 602

To: Kami Barker, Esq.                 Brooklyn, New York 11201
    The New York City Law Department   (718) 802-0055
    100 Church Street
    New York, New York 10007