UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 14

-----------------------------------------------------------x
CARLOS VIGUERA,

        Plaintiff,

07 Civ. 7227 (AKH) (AJP)

**NOTICE OF MOTION**

-against-

BELLEVUE HOSPITAL,

        Defendant.
-----------------------------------------------------------x

RECEIVED FEB 27 2008 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

**PLEASE TAKE NOTICE,** upon the accompanying declaration of Roosevelt Seymour, dated February 11, 2008, and the exhibits annexed thereto, and all prior pleadings, plaintiff Carlos Viguera will move this Court, before the Honorable Allen K. Hellerstein, at the United States District Court, 500 Pearl Street, Courtroom 14D, New York, New York, on March 11, 2008, 9:30 a.m. or such date ant time as the Court sets, for an order pursuant to Rule 15(a) and 15(d) of the Federal Rules of Civil Procedure granting plaintiff leave to serve and file an amended and supplemental complaint in this action, together with such other further relief the court deems just and proper.

Dated: Brooklyn, New York
       February 14, 2008

                                  ROOSEVELT SEYMOUR
                                  *Attorney for Plaintiff*
                                  175 Remsen Street, Suite 602

To: Kami Barker, Esq.
    The New York City Law Department
    100 Church Street
    New York, New York 10007

                                  Brooklyn, New York 11201
                                  (718) 802-0055

*[Handwritten note at bottom:]* Pl's motion to add Ana Blanco as a deft is denied, because of failure to present that claim to the EEOC and equivalent state agencies. Further reason pl. may not allege ¶¶ 5, and 17-35 of the proposed am. and supp. complaint. An other respects a conforming am. + supp. compl. may be filed w/in 10 days. 3/19/08 [signature]