UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
CARLOS M. VIGUERA,

                                    Plaintiff,

- against -

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                                    Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 07227 (AKH)(AJP)

       I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant, the New York City Health and Hospitals Corporation, in the above-captioned action. Please take notice that I am the Assistant Corporation Counsel assigned to this action. All future filings, or other information, related to this action can be directed to me at the below address.

Dated:     New York, New York
              August 20, 2008

                                            Respectfully Submitted,

                                            **MICHAEL A. CARDOZO**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for the Defendant
                                            100 Church Street, Room 2-140
                                            New York, New York  10007-2601
                                            Tel: (212) 788-0868

                           By:    **ECF**           **/s/**
                                            Carolyn Walker-Diallo
                                            Assistant Corporation Counsel

To:    Roosevelt Theodore Seymour
         Attorney for Plaintiff

-2-

175 Remsen Street, Suite 602
Brooklyn, NY  11201

07 Civ. 07227 (AKH) (AJP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CARLOS M. VIGUERA,<br><br>                                                                Plaintiff,<br><br>- against -<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>                                                                Defendant. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel of the City of New York*<br>**Attorney for Defendant**<br>**100 Church Street, Room 2-140**<br>New York, NY  10007-2601<br><br>Of Counsel:   Carolyn Walker-Diallo<br>            Tel:   (212) 788-0868<br><br>Law Dep't No.  2007-027449 |
| *Due and timely service is hereby admitted.*<br><br>New York, N.Y.  ...................................., 200…...<br><br>            ................................................................<br><br>Attorney for............................................................. |